IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>GEORGE N. GRANT,<br><br>      Defendant. | 8:17CR66<br><br>ORDER |

This matter is before the court on defendant's unopposed MOTION TO ENLARGE TIME FOR CONSIDERATION OF PRETRIAL MOTIONS [16]. For good cause shown, I find that the motion should be granted. The defendant will be given an approximate 36-day extension. Pretrial Motions shall be filed by April 28, 2017.

**IT IS ORDERED:**

1. Defendant's unopposed MOTION TO ENLARGE TIME FOR CONSIDERATION OF PRETRIAL MOTIONS [16] is granted. Pretrial motions shall be filed on or before April 28, 2017.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between March 23, 2017 and April 28, 2017, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated this 24th day of March, 2017.

                       BY THE COURT:

                       s/ Susan M. Bazis
                       United States Magistrate Judge