# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GEORGE N. GRANT,<br><br>　　　　　Defendant. | 8:17CR66<br><br>JUDGMENT |

For the reasons set out in the Court's Memorandum and Order of this date,

IT IS ORDERED:

1. The Court has completed its initial review of the Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (§ 2255 Motion), ECF No. 70;

2. The claims raised in the Defendant's § 2255 Motion are summarily denied; and

3. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

Dated this 24th day of April, 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge